

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Bert Lee Caudill, Appellant

No. 06-23-00248-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 30386). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect (1) a conviction for third-degree-felony failure to comply with sex-offender registration requirements and (2) that the proper statute of offense is Article 62.102(b)(2) of the Texas Code of Criminal Procedure. We affirm Caudill's conviction of third-degree-felony failure to comply with sex-offender registration requirements, we reverse the trial court's sentence, and we remand this cause for a new punishment hearing.

We note that the appellant, Bert Lee Caudill, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 10, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk